UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-23828-CIV-SEITZ/SIMONTON

JANE DOE NO. 11,

      Plaintiff,

v.

RADIO ONE, INC., et al.,

      Defendants.

_____/

<b><u>ORDER GRANTING EXTENSION</u></b>

This matter is before the Court on Defendants Radio One, Inc., Interactive Once, LLC, and Community Connect, Inc.'s Agreed Motion for Enlargement of Time to Respond to Complaint [DE-6], in which the moving Defendants seek and additional 20 days to respond to the complaint. Upon consideration, it is hereby

ORDERED that Defendants Radio One, Inc., Interactive Once, LLC, and Community Connect, Inc.'s Agreed Motion for Enlargement of Time to Respond to Complaint [DE-6] is GRANTED. Defendants Radio One, Inc., Interactive Once, LLC, and Community Connect, Inc. shall file a response to the complaint by **December 27, 2011.**

DONE and ORDERED in Miami, Florida, this 6th day of December, 2011.

PATRICIA A. SEITZ<br>
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record